IN THE MATTER OF HUTCHINSON.

(SUPREME COURT DISCIPLINARY NO. 76)

PER CURIAM.
The State Disciplinary Board's findings that the respondent violated Standard Four of State Bar Rule 4-102 is affirmed.

Pursuant to the recommendation of the State Disciplinary Board, it is ordered that Harry L. Hutchinson is suspended from the practice of law in the State of Georgia for one year with automatic reinstatement at the end of that time.

*All the Justices concur, except Gregory, J., not participating.*

DECIDED JANUARY 19, 1981.

*Omer W. Franklin, Jr., General Counsel State Bar, Victor Alexander, Jr., Assistant General Counsel State Bar,* for State Bar of Georgia.
*Barbara J. Bethune,* for Hutchinson.